UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES, | No. 2:12-cv-1516 KJM DAD |
| Plaintiff, | |
| v. | ORDER |
| 3701 J STREET, LLC, | |
| Defendant. | |

On July 29, 2013, plaintiff filed a motion to compel and request for sanctions, setting the matter for hearing before the undersigned on August 16, 2013, pursuant to Local Rule 251(e), which provides that an aggrieved party may bring a motion to compel for hearing on 14 days' notice, instead of the standard twenty-one days' notice, when there has been a complete failure to respond to a discovery request.

On August 8, 2013, defendant filed an opposition to the motion to compel in which counsel for defendant asserted, in part, that he did in fact serve responsive documents on plaintiff's counsel. (Doc. No. 53.) On August 14, 2013, plaintiff re-noticed the hearing of the motion to compel for September 6, 2013. (Doc. Nos. 54 & 55.) On August 16, 2013, the court issued a minute order directing the parties to file a joint statement regarding their discovery disagreement on or before August 30, 2013. (Doc. No. 58.)

/////

1

On August 22, 2013, the parties filed a document styled as a joint statement. The document is three pages in length and essentially discusses, in a conclusory fashion, what the parties agree to with respect to certain discovery items. The document does not set forth the details of any conference between the parties regarding the current discovery dispute, a statement of the nature of the action, or the contentions of each party as to each contested issue, including a memorandum of each party's respective arguments concerning the issues in dispute and the legal authorities in support thereof.

Local Rule 251(c) provides that, after the parties have conferred and attempted to resolve their differences:

> If the moving party is still dissatisfied after the conference of counsel, that party shall draft and file a document entitled "Joint Statement re Discovery Disagreement." All parties who are concerned with the discovery motion shall assist in the preparation of, and shall sign, the Joint Statement, which shall specify with particularity the following matters:
>
> (1) The details of the conference or conferences;
>
> (2) A statement of the nature of the action and its factual disputes insofar as they are pertinent to the matters to be decided and the issues to be determined at the hearing; and
>
> (3) The contentions of each party as to each contested issue, including a memorandum of each party's respective arguments concerning the issues in dispute and the legal authorities in support thereof.
>
> Each specific interrogatory, deposition question or other item objected to, or concerning which a protective order is sought, and the objection thereto, shall be reproduced in full. The respective arguments and supporting authorities of the parties shall be set forth immediately following each such objection. When an objection is raised to a number of items or a general protective order is sought that is related to a number of specific items, the arguments and briefing need not be repeated. If a protective order is sought that is unrelated to specific, individual items, repetition of the original discovery document is not required. All arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion shall be included in this joint statement, and no separate briefing shall be filed.

The parties' August 22, 2013 filing does not comply with Local Rule 251(c) and will, therefore, be disregarded. On or before August 30, 2013, the parties shall file a joint

/////

statement that complies with the Local Rules.[1]  Failure to comply with this order will result in the matter being dropped from the calendar and denied without prejudice to renewal.[2]

**IT IS SO ORDERED.**

Dated: August 26, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\jones1516.js.ord.docx

---

[1]  To the extent plaintiff wishes to pursue sanctions, the parties shall include within the joint statement a thorough analysis and argument addressing the imposition of such sanctions.

[2]  Alternatively, plaintiff may file a notice of withdrawal of the motion on or before August 30, 2013.