Paul L. Rein, Esq. (SBN 43053)

Celia McGuinness, Esq. (SBN 159420)

Catherine M. Cabalo, Esq. (SBN 248198)

LAW OFFICES OF PAUL L. REIN

200 Lakeside Drive, Suite A

Oakland, CA 94612

Telephone: (510) 832-5001

Facsimile: (510) 832-4787

E-mail: reinlawoffice@aol.com

Attorneys for Plaintiff

GUY JONES

Ernest Chen, Esq. (SBN 258561)

LAW OFFICES OF CHEN AND LEE

1455 Response Road, Suite 120
Sacramento, CA 95815
Telephone: (916) 564-8700

Facsimile: (916) 880-5601

Email: info@chenleelaw.com

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY
MOTION HEARING AND JOINT STATEMENT DATE

Case No. 2:12-CV-01516-KJM-GGH

G:\DOCS\DAD\DDAD1\ORDERS.CIVIL\jones1516.stip.ord.docx

Attorneys for Defendant

3701 J STREET, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUY JONES, | Case No. 2:12-cv-01516-KJM-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY MOTION HEARING AND JOINT STATEMENT DATE** |
| vs. | |
| 3701 J STREET, LLC; and DOES 1-10, Inclusive, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff GUY JONES and defendant 3701 J STREET, LLC (together the "Parties"), by and through their respective counsel of record, hereby stipulate to and request that the Court issue an Order continuing

2

the hearing on plaintiff's motion to compel, and the due date for filing the "Joint Statement re Discovery Disagreement," for two weeks.  This Order would continue the hearing from September 6, 2013, to September 20, 2013.  It would also continue the "Joint Statement re Discovery Disagreement" from August 30, 2013, to September 13, 2013.  This request is made for the following good cause:

1) The parties met and conferred in good faith to resolve the discovery dispute and narrow the discovery issues on August 22, 2013.

2) The parties filed an improperly styled joint statement on August 22, 2013.  Docket No 60, August 27, 2013, Order at 2:1-7.

3) On August 27, 2013, the Court ordered the parties to re-file a properly styled "Joint Statement re Discovery Disagreement" comporting with Local Rule 251(c) on or before August 30, 2013. *Id*.

4) Plaintiff's lead counsel is currently out of state on vacation and unreachable until September 3, 2013.

5) The parties therefore jointly stipulate and request that the Court continue the hearing on plaintiff's motion to compel and for sanctions and the due date for the "Joint Statement re Discovery Disagreement" for two weeks.

**IT IS SO STIPULATED.**

3

DATED: August 27, 2013    **LAW OFFICES OF PAUL L. REIN**

By: */s/ Celia McGuinness*

Celia McGuinness

Attorneys for Plaintiff

GUY JONES

DATED: August 27, 2013    **LAW OFFICES OF CHEN AND LEE**

By: */s/ Ernest Chen*

Ernest Chen

Attorneys for Defendant

3701 J STREET, LLC

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY

MOTION HEARING AND JOINT STATEMENT DATE

Case No. 2:12-CV-01516-KJM-GGH

G:\DOCS\DAD\DDAD1\ORDERS.CIVIL\jones1516.stip.ord.docx

ORDER

Pursuant to parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that the hearing of plaintiff's motion to compel and for sanctions (Doc. No. 46) is continued from September 6, 2013, to September 20, 2013.  The parties shall file a "Joint Statement re Discovery Disagreement" on or before September 13, 2013.

Dated:  August 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\ jones1516.stip.ord.docx

5

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY
MOTION HEARING AND JOINT STATEMENT DATE
Case No. 2:12-CV-01516-KJM-GGH
G:\DOCS\DAD\DDAD1\ORDERS.CIVIL\jones1516.stip.ord.docx