UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES, | No. 2:12-cv-1516 KJM DAD |
| Plaintiff, | |
| v. | ORDER |
| 3701 J STREET, LCC, | |
| Defendant. | |

This matter came before the court on September 20, 2013, for hearing of plaintiff's amended motion to compel. Catherine Cabalo, Esq. appeared on behalf of the plaintiff. Ernest Chen, Esq. appeared on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's amended motion to compel (Doc. No. 55) is granted as stated on the record;

2. Plaintiff's motion for sanctions is denied; and

/////

/////

/////

/////

1

3. Defendant shall make available all requested documents in a fashion in which they are organized in keeping with the requirements of the Federal Rules of Civil Procedure by October 11, 2013.

Dated: September 25, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\jones1516.oah.092013