Paul L. Rein, Esq.  (SBN 43053)
Celia McGuinness, Esq. (SBN 159420)
Catherine Cabalo, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
E-mail:   reinlawoffice@aol.com

Attorneys for Plaintiff
GUY JONES

Ernest Chen, Esq. (SBN 258561)
LAW OFFICES OF CHEN AND LEE
1455 Response Road, Suite 120
Sacramento, CA  95815
Telephone:  (916) 564-8700
Facsimile:  (916) 880-5601
Email:  info@chenleelaw.com

Attorneys for Defendant
3701 J STREET, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES,<br><br>            Plaintiff,<br><br>   vs.<br><br>3701 J STREET, LLC; and DOES 1-10,<br>Inclusive,<br><br>           Defendants.<br>_____ | ) Case No. 2:12-cv-01516-KJM-DAD<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE OCTOBER 17, 2013**<br>) **SETTLEMENT CONFERENCE**<br>) **TO DECEMBER 12, 2013**<br>)<br>)<br>)<br>) |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL**

**PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

1    Plaintiff GUY JONES and defendant 3701 J STREET, LLC (together the

2   "Parties"), by and through their respective counsel of record, hereby stipulate to and

3   request that the Court continue the Settlement Conference currently scheduled with

4   Magistrate Judge Allison Claire for October 17, 2013 to December 12, 2013.

5

6       **IT IS SO STIPULATED.**

7

8   DATED: October 1, 2013        **LAW OFFICES OF PAUL L. REIN**

9

10                                   By: _____*/s/ Catherine Cabalo*_____
                                          Catherine Cabalo
11                                        Attorneys for Plaintiff
                                          GUY JONES
12

13  DATED: October 1, 2013        **LAW OFFICES OF CHEN AND LEE**

14

15                                   By: _____*/s/ Ernest Chen*_____
                                          Ernest Chen
16                                        Attorneys for Defendant
                                          3701 J STREET, LLC
17

18

19

20

21

22

23

24

25

26

27                                        *2*

28

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The Settlement Conference in this case currently scheduled for October 17, 2013 with Magistrate Judge Allison Claire is continued to December 12, 2013 commencing at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 1, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3